

LAWRENCE G. BROWN
Acting United States Attorney
MARK E. CULLERS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FEB 2 0 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) CASE NO.  1:09-cr-077 AWI
                                    )
           Plaintiff,               )
                                    ) MOTION TO UNSEAL INDICTMENT; AND
     v.                             ) ORDER
                                    )
JUANITA MUNOZ,                      )
                                    )
           Defendant.               )
_____)

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Lawrence G. Brown, Acting United States Attorney, and Mark E. Culelrs, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: February 20, 2009

                                    _____
                                    MARK E. CULLERS
                                    Assistant U. S. Attorney


IT IS SO ORDERED.

DATED: February 20, 2009            _____
                                    SANDRA M. SNYDER
                                    United States Magistrate Judge

1