(SPACE BELOW FOR FILING STAMP ONLY)

1  **MARK W. COLEMAN, #117306**
   **NUTTALL & COLEMAN**
2  2445 CAPITOL STREET, SUITE 150
   FRESNO, CALIFORNIA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR Defendant,
   JUANITA MUNOZ
6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 * * * * * * * *

| 11 | UNITED STATES OF AMERICA, | Case No.: CR-09-0076 AWI |
| --- | --- | --- |
| 12 | Plaintiff, | CR-09-0077 AWI |
| 13 | vs. | **AMENDED EX-PARTE APPLICATION FOR ORDER RE: EVALUATION OF DEFENDANT FOR COMPETENCY; DECLARATION OF MARK W. COLEMAN IN SUPPORT THEREOF; and ORDER THEREON** |
| 14 |  |  |
| 15 | JUANITA MUNOZ, et al., |  |
| 16 | Defendants. |  |
| 17 |  | DATE: April 26, 2010<br>TIME: 9:00 a.m. |

18  TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE
19        and/or ITS REPRESENTATIVES:
20        Defendant, JUANITA MUNOZ, by and through her counsel, MARK W. COLEMAN, Law
21  Offices of NUTTALL & COLEMAN, hereby applies for an Order that defendant, Juanita Munoz,
22  be evaluated by Howard Terrell, M.D., for the purpose of establishing whether she is competent to
23  stand trial.
24  Dated: April 29, 2010.          Respectfully Submitted,
25                                  NUTTALL & COLEMAN
26                                  /s/ MARK W. COLEMAN
27                                  _____
                                    MARK W. COLEMAN
28                                  Attorney for Defendant

**DECLARATION OF MARK W. COLEMAN**

I, MARK W. COLEMAN, declare that:

1. I am an attorney licensed to practice law in the State of California and in the Eastern District of California, and that I am the attorney of record for Defendant, Juanita Munoz.

2. I was given a list of court-approved psychiatrists for the purpose of completing a competency evaluation.

3. I have contacted Dr. Howard Terrell and he has agreed to evaluate Ms. Munoz.

4. I have arranged for Ms. Munoz to meet with Dr. Terrell on May 6, 2010 at 8:45 a.m. at his office.

5. Prior to Ms. Munoz being evaluated, Dr. Terrell will need a court order permitting him to evaluate Ms. Munoz for the purpose of establishing whether she is competent to understand the nature and consequences of the proceedings against her or to assist properly in her defense and to stand trial.

6. Dr. Terrell has stated that his normal hourly rate in these cases is $350.00 per hour. His office is unable to estimate the total cost.

7. We have attempted to contact every doctor on the "doctors approved to conduct psychiatric exams" list provided by the court. It is our understanding that Dr. Aguilar-Gaxiola is no longer practicing in the area, Dr. Davis is no longer practicing in the area and Dr. Levy is no longer practicing. Dr. Hedberg is unavailable due to a conflict. Therefore, Dr. Terrell is the only doctor on the list that is available to evaluate Ms. Munoz.

8. The facts and circumstances as stated and presented herein are true and correct to the best of your Declarant's knowledge and belief, and as to those matters stated upon information and belief, your Declarant believes them to be true;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this the 29th day of April, 2010, at Fresno, California.

/s/ MARK W. COLEMAN

_____
MARK W. COLEMAN

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that Juanita Munoz be evaluated by Howard Terrell, M.D. for the purpose of establishing whether she is competent to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

**IT IS FURTHER ORDERED** that Dr. Terrell be paid the customary hourly rate not to exceed $350 per hour.

**IT IS FURTHER ORDERED** that pursuant to 18 USC 4241 examination costs are to be paid by the Department of Justice.

IT IS SO ORDERED.

**Dated:   April 29, 2010**               /s/ Anthony W. Ishii
                                            CHIEF UNITED STATES DISTRICT JUDGE