```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   SUSAN PHAN
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare Street
   Fresno, California  93721
5  Telephone:  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA, <br> Plaintiff, <br> v. <br> JUANITA MUNOZ, <br> Defendant. | 01: 09-CR-0076 AWI <br> 01: 09-CR-0077 AWI <br><br> ORDER RE: DEFENDANT'S <br> COMPETENCY TO STAND TRIAL |

This matter came on for hearing on August 30, 2010. Having reviewed the evidence in support of the defendant's request, specifically the report of Dr. Howard B. Terrell dated June 9, 2010, and a supplemental report from Dr. Terrell dated August 13, 2010, and upon hearing no objection by counsel for the government, the Court finds that the defendant is presently suffering from a mental disease and defect rendering her mentally incompetent to the extent that she is unable to assist properly in her defense.

Accordingly,

IT IS HEREBY ORDERED that the defendant is committed to the custody of the Attorney General pursuant to 18 U.S.C. §§ 4241(d) for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability

1  that in the foreseeable future she will attain the capacity to
2  permit the proceedings to go forward.
3     Defendant Juanita Munoz shall be committed to the custody of
4  the Attorney General of the United States for purposes of the
5  examination at a suitable facility.
6     IT IS FURTHER ORDERED that a status conference is set for
7  January 10, 2011 at 9:00 a.m. for co-defendant Monique Anaya, and
8  for defendant Juanita Munoz, if she returns from the facility by
9  that time.
10    Time is excluded under the Speedy Trial Act from the date of
11 the hearing until January 10, 2011, pursuant to 18 U.S.C. §
12 3161(h)(7)(A)and(B) and thereafter if the period of commitment to
13 the Attorney General is extended.

15 IT IS SO ORDERED.

16 Dated:     September 2, 2010
17                           CHIEF UNITED STATES DISTRICT JUDGE