1 **MARK W. COLEMAN, #117306**
**NUTTALL & COLEMAN**
2 2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant,
JUANITA MUNOZ
6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10 * * * * * * * *

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No.:   CR-09-00076 AWI |
| 12 Plaintiff, | CR-09-00077 LJO |
| 13 | **SECOND AMENDED** |
| 14 vs. | STIPULATION RE: |
| 15 JUANITA MUNOZ, et al., | CONTINUANCE OF STATUS CONFERENCE |
| 16 Defendants. | DATE: January 10, 2011 |
| 17 | TIME:   9:00 a.m. |
| | DEPT:   2 |

18 TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:
19
**IT IS HEREBY STIPULATED** by and between the parties herein that the Status
20
Conference currently scheduled for January 10, 2011, at 9:00 a.m. be continued to **February 7,**
21
**2011, at 9:00 a.m.** before the Honorable Anthony W. Ishii.
22
This request is based upon the fact that counsel has not received the status report of Ms.
23
Munoz's competency from her doctor.
24
Counsel's staff has been in touch with Mr. Mark Cullers of the United State's Attorney's
25
Office, who has no objection to such a continuance.
26
It is your Declarant's opinion that a continuance such as requested shall not prejudice any
27
party concerned with this matter.
28

| | |
|---|---|
| Dated: January 6, 2011 | Respectfully Submitted, |
| | NUTTALL & COLEMAN |
| | /s/ MARK W. COLEMAN |
| | By: _____ |
| | MARK W. COLEMAN |
| | Attorney for Defendant, |
| | JUANITA MUNOZ |

Dated: January 6, 2011

By: / s/ MARK CULLERS
MARK CULLERS
Assistant U.S. Attorney

Dated: January 6, 2011

By: /s/ JON RENGE
JON RENGE
Attorney for Defendant,

***************

## **ORDER**

Good cause appearing,

**IT IS ORDERED** that the Status Conference currently scheduled on January 10, 2011, at 9:00 a.m. is continued to **February 7, 2011, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:     January 7, 2011
CHIEF UNITED STATES DISTRICT JUDGE

2