(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JUANITA MUNOZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MUNOZ, et al.,<br><br>Defendants. | Case No.:   CR-09-00076 AWI<br>             CR-09-00077 AWI<br><br>**STIPULATION TO CONTINUE**<br>**SENTENCING**<br>**AND**<br>**O R D E R** |

TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for March 19, 2012, at 9:00 a.m., be continued to April 30, 2012, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

Report available from Probation on or before March 26, 2012

Informal Objections to be served on or before April 6, 2012

Formal Objections to be filed on or before April 23, 2012

///

This continuance is requested by counsel for Defendant, JUANITA MUNOZ, due to the fact that counsel and the probation officer need additional time to interview Defendant. Specifically, due to the fact that the Defendant is housed at Lerdo, it is difficult to find a mutual convenient time for a probation interview. An interview was scheduled for January 30, 2012, however counsel had to cancel the meeting due the possibility of counsel being out of state on that day.

Additionally, counsel needs additional time in order to retain a financial expert to determine restitution.

Counsel for Defendant has spoken with Assistant U. S. Attorney, MARK CULLERS, who has no objection to this continuance.

Dated: January 31, 2012          Respectfully Submitted,

                                 NUTTALL COLEMAN & WILSON

                                 /s/ Mark W. Coleman

                                 _____
                                 MARK W. COLEMAN
                                 Attorney for Defendant,
                                 JUANITA MUNOZ

Dated: January 31, 2012.         UNITED STATES ATTORNEY'S OFFICE

                                 /s/ Mark Cullers

                                 _____
                                 MARK CULLERS
                                 Assistant U.S. Attorney

* * * * * * *

**O R D E R**

IT IS SO ORDERED.

Dated:  ___February 1, 2012___   _____
                                 CHIEF UNITED STATES DISTRICT JUDGE

2