(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN, #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CALIFORNIA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
JUANITA MUNOZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUANITA MUNOZ, et al.,<br><br>Defendants. | Case No.:   1:09-CR-077 AWI<br><br>**STIPULATION TO CONTINUE SENTENCING**<br>**AND**<br>**[PROPOSED] O R D E R** |

TO: THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:

**IT IS HEREBY STIPULATED** and agreed by and between attorneys for the respective clients that the Sentencing hearing currently on calendar for June 4, 2012, at 9:00 a.m., be continued to July 9, 2012, at 9:00 a.m., or as soon thereafter as is convenient to the court's calendar.

**IT IS FURTHER STIPULATED** that the deadlines for filing informal and formal objections to the Pre-Sentence Investigation Report be scheduled as follows:

Informal Objections to be served on or before June 15, 2012

Formal Objections to be filed on or before July 2, 2012

This continuance is requested by counsel for Defendant, JUANITA MUNOZ, due to the fact that counsel needs additional time to file informal objections to the Probation Report. Defendant provided counsel with new information, which was received by counsel on May 9, 2012, by mail, that she would like included in the presentence investigation report. Due to receiving new

1 information from Defendant, Counsel may need to meet with Defendant, who is housed in Lerdo,
2 prior to filing their informal objections.  Additionally, Counsel for Defendant will be out of the
3 office on May 10, 2012, and May 11, 2012.
4     Counsel for Defendant has spoken with Assistant U. S. Attorney, MARK CULLERS, who
5 has no objection to this continuance.

Dated: May 10, 2012.            Respectfully Submitted,

                                NUTTALL COLEMAN & WILSON

                                /s/ MARK W. COLEMAN

                                _____
                                MARK W. COLEMAN
                                Attorney for Defendant,
                                JUANITA MUNOZ

Dated: May 10, 2012.            UNITED STATES ATTORNEY'S OFFICE

                                /S/ MARK CULLERS

                                _____
                                MARK CULLERS
                                Assistant U.S. Attorney

                                * * * * * *

                                **O R D E R**

IT IS SO ORDERED.

Dated:  ___May 10, 2012___      _____
                                CHIEF UNITED STATES DISTRICT JUDGE